Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of California

Division

| | |
|---|---|
| Federico Cruz | Case No. __'18CV2854 AJB  RBB__ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*   ☒ Yes   ☐ No |
| -v- | |
| San Ysidro Health Pharmacy; US Department of Health and Human Services; and United States of America | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Federico Cruz |
| Street Address | 2445 5th Avenue, Suite 350 |
| City and County | San Diego, San Diego County |
| State and Zip Code | California 92101 |
| Telephone Number | 619-231-1883 |
| E-mail Address | 619-234-4553 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | San Ysidro Health Pharmacy |
| Job or Title *(if known)* | |
| Street Address | 4004 Beyer Boulavard |
| City and County | San Ysidro, San Diego, County, CA |
| State and Zip Code | CA 92173 |
| Telephone Number | 619-662-4100 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | US Department of Health and Human Services |
| Job or Title *(if known)* | |
| Street Address | 330 C Street, SW, Switzer Building, Suite 2600 |
| City and County | Washington DC, Washington DC |
| State and Zip Code | DC 20201 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | United States of America |
| Job or Title *(if known)* | Attorney General of the United States/U.S. Dept. of Justice |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington DC, Washington DC |
| State and Zip Code | DC. 20530-0001 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Under Section 1905(l)(2)(B) of the Social Security Act., a pharmacy federally funded by the US Department of Health and Human Service and the United State of American falls is governed by the jurisdiction of federal question.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*                                    , is a citizen of the

State of *(name)*                                    .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*                                    , is incorporated

under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant,  *(name)*                                        , is a citizen of
the State of *(name)*                                    . Or is a citizen of
*(foreign nation)*                                   .

b.     If the defendant is a corporation
The defendant,  *(name)*                                      , is incorporated under
the laws of the State of *(name)*                            , and has its
principal place of business in the State of *(name)*                            .
Or is incorporated under the laws of *(foreign nation)*  _____ ,
and has its principal place of business in *(name)*                            .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Mr. Cruz sought medical care at San Ysidro Health Pharmacy, a federally funded health center.  He was
negligently and incorrectly treated and prescribed medications that caused multiple physical aliments such as
vomiting, diarrhea, dehydration, blurry vision, migraine, chest pain, stomach aches, high blood pressure,
elevated sugar levels, and potential peranent damage.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Plaintiff suffered emotional distress, emotional trauma, loss of enjoyment of life, disfigurement, pain and suffering, possible lost wages, loss of consortium, and other damages.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.  For Attorneys

Date of signing:                12/18/2018

Signature of Attorney

Printed Name of Attorney    Elliott Kanter

Bar Number                  95054

Name of Law Firm            Law Office of Elliott Kanter

Street Address              2445 5th Avenue, Suite 350

State and Zip Code          California 92101

Telephone Number            619-231-1883-

E-mail Address              ekanter@enkanter.com